UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Petitioner,<br><br>    v.<br><br>JAMES BREWER,<br><br>        Respondent. | Case No. 18-cv-02498-VC<br><br>**ORDER TO SHOW CAUSE RE ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS**<br><br>Re: Dkt. No. 1 |

The federal government filed this action on April 26, 2018, seeking to compel James Brewer to respond to an Internal Revenue Service summons that was served on Brewer on November 13, 2017. Brewer is ordered to show cause why the summons should not be enforced by filing a written response within 21 days of this order. The federal government's reply is due 7 days after Brewer's response is filed. A hearing on the order to show cause will take place on June 28, 2018.

The federal government is ordered to serve Brewer with a copy of the petition seeking to enforce the summons and a copy of this order to show cause within 7 days of this order.

**IT IS SO ORDERED.**

Dated: May 23, 2018

_____
VINCE CHHABRIA
United States District Judge